IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CHARLES E. DYE**                                                           **PLAINTIFF**

**v.**                                             **CIVIL NO. 1:24-cv-00119-HSO-BWR**

**BURL CAIN, et al.**                                            **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Court's Order issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED**, this the 9th day of October, 2024.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE